B 2100A (Form 210A)(12/15)

# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:  PHYLLIS VALARIE FOSTER-ALLEN          Case No.: 17-31491-KRH

        Debtor                                          Chapter: 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Select Portfolio Servicing, Inc., as servicing agent for ABS Loan Trust V | Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank N.A., as trustee, on behalf of the holders of the (ABS REO Trust V) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Phone: (800)258-8602
Last Four Digits of Acct #: XXXXXX0593

Court Claim # (if known): 4
Amount of Claim: $19,364.96
Date Claim Filed: 06/12/17

Last Four Digits of Acct #: XXXXXX0593

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
P.O. Box 65450
Salt Lake City, UT 84165-0450

Phone: (800)258-8602
Last Four Digits of Acct #: XXXXXX0593

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

By:  _____/s/ Lauren S. Hunt_____          Dated:  December 11, 2019
      Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

BWW#: VA-335142